# United States Court of Appeals
## For the First Circuit

No. 12-1049

UNITED STATES OF AMERICA,

Appellee,

v.

EVGUENI TETIOUKHINE,

Defendant, Appellant.

**JUDGMENT**

Entered: July 26, 2013

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Evgueni Tetioukhine's convictions are affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc: Richard W. Rose, Donald Campbell Lockhart, Ly T. Chin, Olin Thompson, John Martin Richey